Frank J Bailey

10/05/2016 Granted. No objections filed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Wilson Andrade
Debtor,

Case no.: 16-12449
Chapter 7

**DEBTOR'S MOTION TO AMEND**
Matrix and Schedules

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

I, Wilson Andrade, the Debtor, make this Motion to Amend Matrix.

The document is amended as follows: New creditor National Grid added.

The documents need to be amended because:
I forgot to add my utility company, which is not in my credit report, to my matrix.

WHEREFORE, the Debtor prays that this motion be ALLOWED.

DATED: 9/16/2016

Signature: Wilson Andrade
*Pro se*

Address: 99A Linwood Ave
Melrose, MA 02176

Telephone Number: (781) 202-4529

FILING FEE PAID