**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Wilson Andrade

**Case/AP Number** 16-12449 **-FJB**
**Chapter** 7

Continued Hearing:
#32 Motion filed by Creditor Ditech Financial LLC for Relief from Stay Re: 99A Linwood Avenue, Linwood Avenue Condominium, Melrose, MA 02176. (Ryan, Joshua)
#33 Response and Objection filed by the Debtor Wilson Andrade. (Pro Se)

**COURT ACTION:**

_________Hearing held
_________Granted ___________Approved ___________Moot
_________Denied ___________Denied without prejudice ___________Withdrawn in open court
_________Overruled ___________Sustained
_________Continued to ____________________
_________Proposed order to be submitted by ____________________
_________Stipulation to be submitted by ____________________
_________No appearance by ____________________
Show Cause Order ___________Released ___________Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons set forth on the record, the Debtor's Motion to Convert Case to Chapter 13 doc. [#40] is allowed and the Motion for Relief of Creditor Ditech Financial LLC is denied without prejudice to the creditor renewing the motion if and when there are grounds in the chapter 13 case. .

IT IS SO ORDERED:

Dated: 03/30/2017

Frank J. Bailey
United States Bankruptcy Judge