**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Wilson Andrade

**Case/AP Number** 16-12449 **-FJB**
**Chapter** 13

#62 Chapter 13 Trustee's Motion for Order Dismissing Case for Failure to Make Plan Payments with certificate of service.. Objections due by 06/2/2017. (Bankowski-13, Carolyn)

**COURT ACTION:**

_________Hearing held

_________Granted __________Approved ___________Moot

_________Denied __________Denied without prejudice __________Withdrawn in open court

_________Overruled __________Sustained

_________Continued to______________________________

_________Proposed order to be submitted by ______________________________

_________Stipulation to be submitted by______________________________

_________No appearance by ______________________________

Show Cause Order __________Released ___________Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the response of the Debtor, the parties shall confer and, on or before June 14, 2017, if the parties have not filed a joint motion for entry of agreed order or otherwise resolved the motion, the Trustee shall file a supplement to the motion to dismiss.

IT IS SO ORDERED:

___________________________________ Dated: 05/31/2017

Frank J. Bailey
United States Bankruptcy Judge