Wilson Andrade
99A Linwood Avenue
Melrose, Massachusetts 02176

U.S. BANKRUPTCY COURT

2018 AUG 10 P 2: 30

# UNITED STATES BANKRUPTCY COURT
District of Massachusetts

| | |
|---|---|
| Wilson Andrade, | Case No.: **16-12449** |
| *Debtor / Petitioner* | Chapter 13 |

## MOTION TO APPROVE PLAN

Comes now, **Wilson Andrade** (*hereinafter "ANDRADE" or "Debtor/Petitioner"*), without an attorney, files this motion pursuant to this Court's Order and states as follows:

1. On 1/16/2018 Debtor filed his 2nd Amended Chapter 13 Plan.

2. On 5/25/2018 Debtor filed the 3rd Amended Chapter 13 Plan.

3. This is Debtor's 4th Amended Chapter 13 Plan.

4. Debtor has timely corrected the deficiencies, filed the Plan and served same on all interested parties.

**WHEREFORE**, Debtor respectfully requests the court to approve the Chapter 13 Bankruptcy Plan.

Dated: August 10, 2018                    *Respectfully submitted,*

by: _____
**Wilson Andrade,** *Debtor / Petitioner*
99A Linwood Avenue
Melrose, MA 02176

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I hereby certify that on August 10, 2018 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I served by first class United States mail a copy of this Plan to the on the parties on the attached list. I also served Motion to Amend plan and schedules.

By the Debtor:

_____
**Wilson Andrade**
99A Linwood Avenue
Melrose, MA 02176

**SERVICE LIST:**

**Carolyn Bankowski,** *Trustee*
P. O. Box 8250
Boston, MA  02114

**Eric K. Bradford**
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA  02109-3934

**DITECH FINANCIAL LLC**
Joshua Ryan-Polczinski, Esquire
P.O. Box 610389
Newton Highlands, MA  02461

**NATIONAL GRID**
P.O. BOX 11735
Newark, NJ  07101

**CITICARDS, CBNA**
PO BOX 6241
SIOUX FALLS, SD  57117-6241

**SYNCB / CARE CREDIT**
PO BOX 965036
ORLANDO, FL  32896-5036

**GLENN ASSOCIATES, INC**
PO BOX 2407
WOBURN, MA  01888

U.S. BANKRUPTCY COURT
2018 AUG 10  P 2: 31

**IRS**
POB 7346
Philadelphia, PA 19101

**Cavalry SPV 1, LLC**
500 Summit Lake Dr. #400
Valhalla, NY  10595

**MA Department of Revenue**
POB 9564
Boston, MA  02114

**DiTech Financial LLC**
POB 6154
Rapid City, SD  57709