UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Chapter 13 |
| --- | --- |
| Wilson Andrade | Case No. 16-12449-FJB |
| SSN: xxx-xx-8095 | |
| Debtor | |

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On March 30, 2017, the above-captioned Debtor's (the "Debtor") petition for relief was converted from a Chapter 7 to a Chapter 13 of the United States Bankruptcy Code.

2. On July 12, 2017, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341. A Fourth Amended Chapter 13 Plan (the "Plan") was filed on August 10, 2018.

3. The Trustee is unable to recommend confirmation of the Debtor's Plan at this time. Concurrent with this Motion, a Trustee's Objection to Plan is being filed. Said Objection contains grounds that address issues that were raised in the Trustees' prior Objections to the Debtors' plans that were filed with the Court on July 7, 2017, October 24, 2017, January 26, 2018, March 29, 2018, and May 31, 2018.

4. The Trustee asserts that the Debtors inability to cure or address the issues that prevent recommendation for confirmation constitute bad faith. 11 U.S.C. sec. §1325(a)(3) requires that a plan be "proposed in good faith".

5. Further, the Debtor has had the protection of Chapter 13 since March, 2017. More than eighteen (18) months have elapsed since the Debtor's case was converted to Chapter 13 and the Debtor has been unable to file a confirmable Plan. Failure to file a confirmable Plan is grounds for dismissal under 11 U.S.C.sec.1307( c) as it has caused unreasonable delay that is prejudicial to creditors..

  WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,
By: /s/ Carolyn A. Bankowski
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated:  August 14, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Chapter 13 |
|---|---|
| Wilson Andrade | Case No. 16-12449-FJB |
| SSN: xxx-xx-8095 | |
| Debtor | |

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re:<br>    Wilson Andrade<br>    SSN: xxx-xx-8095<br>                     Debtor | Chapter 13<br>Case No. 16-12449-FJB |
|---|---|

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid.

Dated: August 14, 2018

                                      /s/ Carolyn A. Bankowski, Esq.
                                      Carolyn A. Bankowski

SERVICE LIST

Wilson Andrade                                                      Pro Se
99A Linwood Ave.
Melrose, MA 02176