Wilson Andrade
99A Linwood Avenue
Melrose, Massachusetts 02176

# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

| | |
|---|---|
| Wilson Andrade,<br>*Debtor / Petitioner* | Case No.: **16-12449**<br>Chapter 13 |

### MOTION TO APPROVE AMENDED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Comes now, **Wilson Andrade** (*hereinafter "ANDRADE" or "Debtor/Petitioner"*), without an attorney, files this motion pursuant to this Court's Order #196 and states as follows:

1. On 8/10/2018 Debtor filed the 4th Amended Chapter 13 Plan.

2. With the Amended Chapter 13 Plan Debtor filed Amended Schedules and Statement of Financial Affairs.

**WHEREFORE**, Debtor respectfully requests the court to approve the Amended Schedules and Statement of Financial Affairs.

Dated: August 15, 2018

*Respectfully submitted,*

by: _____[signature]_____
**Wilson Andrade,** *Debtor / Petitioner*

99A Linwood Avenue
Melrose, MA 02176

[stamp: U.S. BANKRUPTCY COURT  2018 AUG 15  P 3: 03]

-1-

# CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

I hereby certify that on August 15, 2018 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I served by first class United States mail a copy of this Plan to the on the parties on the attached list.

By the Debtor:

*/s/ Wilson Andrade*

**Wilson Andrade**
99A Linwood Avenue
Melrose, MA 02176

**SERVICE LIST:**

**Carolyn Bankowski,** *Trustee*
P. O. Box 8250
Boston, MA 02114

**Eric K. Bradford**
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

**DITECH FINANCIAL LLC**
Joshua Ryan-Polczinski, Esquire
P.O. Box 610389
Newton Highlands, MA 02461

**NATIONAL GRID**
P.O. BOX 11735
Newark, NJ 07101

**CITICARDS, CBNA**
PO BOX 6241
SIOUX FALLS, SD 57117-6241

**SYNCB / CARE CREDIT**
PO BOX 965036
ORLANDO, FL 32896-5036

**GLENN ASSOCIATES, INC**
PO BOX 2407
WOBURN, MA 01888

1. **IRS**
POB 7346
Philadelphia, PA 19101

2. **Cavalry SPV 1, LLC**
500 Summit Lake Dr. #400
Valhalla, NY 10595

3. **MA Department of Revenue**
POB 9564
Boston, MA 02114

4. **DiTech Financial LLC**
POB 6154
Rapid City, SD 57709