**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re: | Case Number 16-12449 |
|---|---|
| Wilson Andrade | Chapter 13 |

**MOTION TO EXTEND TIME TO FILE OBJECTION TO PLAN [DOC. NO. 192]**

Now comes Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Secured Creditor") and hereby files this Motion to Extend Time to File an Objection to the Debtor's Amended Plan [Doc. No. 192]. As grounds for this Motion, Secured Creditor states the following:

1. On June 28, 2016, the Debtor filed his Chapter 13 Petition.
2. On August 10, 2018, the Debtor filed an Amended Chapter 13 Plan [Doc. No. 192].
3. The thirty (30) day objection deadline from said hearing date ran on Sunday, September 9, 2018. As a result, the deadline for plan objections is/has been set for Monday, September 9, 2018.
4. An extension of one (1) week to prepare and file an objection to the Debtor's proposed Plan is requested in order to allow for undersigned counsel for Secured Creditor to consult with his client as to whether or not such filing is necessary and appropriate.

WHEREFORE, Secured Creditor respectfully requests that the Court:

a. Extend the deadline for filing an Objection to Plan [Doc. No. 192] for a period of approximately one (1) week through and including <u>September 17, 2018</u>; and/or

b. Grant such further relief as deemed just and proper.

[SIGNATURE ON NEXT PAGE]

Date:  September 10, 2018

    Respectfully submitted,
    Ditech Financial LLC f/k/a Green Tree Servicing LLC,
    By its attorney,

    /s/Zoh Nizami
    Zoh Nizami, Esquire
    BBO# 697116
    Korde & Associates, P.C.
    900 Chelmsford Street, Suite 3102
    Lowell, MA 01851
    Tel: (978) 256-1500
    bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re: | Case Number 16-12449 |
| Wilson Andrade | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Zoh Nizami, Attorney for **Ditech Financial LLC f/k/a Green Tree Servicing LLC and/or its successors and assigns** hereby certify that on September 10, 2018 I electronically filed the foregoing *Motion to Extend Time* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee <USTPRegion01.BO.ECF@USDOJ.GOV>
Eric K. Bradford, Esquire <Eric.K.Bradford@USDOJ.gov>
Carolyn Bankowski, Trustee <13trustee@ch13boston.com>
Jason Giguere, Esquire <mabk@harmonlaw.com>
Daniel P. Murphy, Esquire <bankruptcyNE@orlans.com>
Joshua Ryan-Polczinski, Esquire <mabk@harmonlaw.com>

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Wilson Andrade
99 A Linwood Avenue
Melrose, MA 02176

/s/Zoh Nizami
Zoh Nizami, Esquire
BBO# 697116
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com