UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Wilson Andrade

**Case/AP Number** 16-12449 **-FJB**
**Chapter** 13

#198 Chapter 13 Trustee's Motion for Order Dismissing Case.   (Bankowski, Carolyn)
#201 Objection filed by Debtor Wilson Andrade  (Pro-Se)

**COURT ACTION:**

_____Hearing held
_____Granted   _____Approved   _____Moot
_____Denied   _____Denied without prejudice   _____Withdrawn in open court
_____Overruled _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record and for cause, the motion to dismiss is allowed. This case has been pending for twenty months and no plan has been confirmed. The debtor repeatedly states that because he is pro se and navigating through chapter 13 is difficult he cannot get a plan confirmed. He has repeatedly told me in open court that he is on the verge of hiring counsel, a statement that he repeated today. Under 11 U.S.C. section 1307(c)(1),(3) and unexcused delay in making payments under section 1326, this case is hereby dismissed.

IT IS SO ORDERED:

_____Dated: 10/18/2018
Frank J. Bailey
United States Bankruptcy Judge