United States Bankruptcy Court
District of Massachusetts

In re:  
Wilson Andrade  
    Debtor

Case No. 16-12449-fjb  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                         Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db         +Wilson Andrade,    99A Linwood Ave.,    Melrose, MA 02176-4705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
          Carolyn Bankowski-13-12    13trustee@ch13boston.com
          Daniel P. Murphy    on behalf of Creditor    Ditech Financial LLC bankruptcyNE@orlans.com,
           ANHSOM@4stechnologies.com
          Eric K. Bradford    on behalf of Assistant U.S. Trustee John Fitzgerald Eric.K.Bradford@USDOJ.gov
          Jason Giguere    on behalf of Creditor    Ditech Financial LLC mabk@harmonlaw.com,
           jgiguere@ecf.courtdrive.com
          John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
          Joshua Ryan-Polczinski    on behalf of Creditor    Ditech Financial LLC mabk@harmonlaw.com,
           jryan@ecf.courtdrive.com
          Julie A. Ranieri    on behalf of Defendant    Ditech Financial LLC bankruptcy@kordeassoc.com
          Julie A. Ranieri    on behalf of Creditor    Ditech Financial LLC bankruptcy@kordeassoc.com
          Tatyana P. Tabachnik    on behalf of Defendant    Ditech Financial LLC bankruptcyNE@orlans.com,
           ttabachnik@orlans.com;ANHSOM@4stechnologies.com
          Walter H. Porr, Jr.    on behalf of Defendant    Ditech Financial LLC wporr@kordeassoc.com,
           bankruptcy@kordeassoc.com
          Zoh Nizami    on behalf of Creditor    Ditech Financial LLC bankruptcy@kordeassociates.com
                                                                                          TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Wilson Andrade

**Case/AP Number** 16-12449 **-FJB**
**Chapter** 13

#198 Chapter 13 Trustee's Motion for Order Dismissing Case.   (Bankowski, Carolyn)
#201 Objection filed by Debtor Wilson Andrade  (Pro-Se)

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied    _____Denied without prejudice    _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by _____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record and for cause, the motion to dismiss is allowed. This case has been pending for twenty months and no plan has been confirmed. The debtor repeatedly states that because he is pro se and navigating through chapter 13 is difficult he cannot get a plan confirmed. He has repeatedly told me in open court that he is on the verge of hiring counsel, a statement that he repeated today. Under 11 U.S.C. section 1307(c)(1),(3) and unexcused delay in making payments under section 1326, this case is hereby dismissed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 10/18/2018

Frank J. Bailey
United States Bankruptcy Judge